```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                              :
GREGORY BYRD,                 :
                              :    Civil Action No. 12-5683 (RMB)
          Petitioner,         :
                              :
     v.                       :             **ORDER**
                              :
CHARLES WARREN, et al.,       :
                              :
          Respondents.        :
_____:
```

For the reasons expressed in the Opinion filed herewith,

IT IS on this **7th** day of **January 2014**,

**ORDERED** that the Petition, Docket Entry No. 1, is denied as untimely; and it is further

**ORDERED** that no certificate of appealability shall issue; and it is further

**ORDERED** that the Court retains jurisdiction over this matter for the period of sixty days from the date of entry of this Order; and it is further

**ORDERED** that the Clerk shall administratively terminate this matter by making a new and separate entry on the docket reading, "CIVIL CASE TERMINATED SUBJECT TO REOPENING UPON PETITIONER'S TIMELY FILING OF A WRITTEN STATEMENT DETAILING HIS BASES, IF ANY, FOR EQUITABLE TOLLING"; and it is further

**ORDERED** that, in the event Petitioner experienced extraordinary circumstances within the meaning of the standard

detailed in the Opinion filed herewith, Petitioner shall file a written statement detailing the precise events and their time frame, and shall be free of any conclusory statements, self-serving factless allegations, etc.  Such written statement shall be filed within thirty days from the date of this Order; and it is finally

    **ORDERED** that the Clerk shall serve this Order and the Opinion filed herewith upon Petitioner by regular U.S. mail.

                                      s/Renée Marie Bumb
                                      **RENÉE MARIE BUMB**
                                      **United States District Judge**